UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 MAR 25 PM 3: 21

CLERK
BY ____PC____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
)
v. ) Docket No. 2:15-cr-35-wks
)
DIHEIM YOUNG, )
    Defendant. )

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about November 18, 2013, in the District of Vermont, the defendant, DIHEIM YOUNG, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1) and (b)(1)(C))

## COUNT TWO

On or about December 9, 2013, in the District of Vermont, the defendant, DIHEIM YOUNG, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture or substance containing heroin, a Schedule I controlled substance.

(21 U.S.C. § 841(a)(1) and (b)(1)(C))

A TRUE BILL

_____ (HER)

EUGENIA A.P. COWLES
Acting United States Attorney
Rutland, Vermont
March 25, 2015