U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JUL 15 AM 11: 24

CLERK
BY PC
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

DIHEIM YOUNG,
        Defendant.

Criminal No. 2:15-cr-35

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about the Summer of 2014 to in or about February 2015, in the District of Vermont, and elsewhere, defendant DIHEIM YOUNG knowingly and willfully conspired with others known and unknown to the grand jury, to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C))

## COUNT TWO

The Grand Jury further charges:

On or about December 9, 2013, in the District of Vermont, defendant DIHEIM YOUNG, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

## COUNT THREE

The Grand Jury further charges:

On or about March 15, 2015, in the District of Vermont and elsewhere, defendant DIHEIM YOUNG, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

A TRUE BILL

FOREPERSON

_____ (by CEN)
ERIC S. MILLER
United States Attorney
Rutland, Vermont
July 15, 2015